**Calderon, Elizabeth L**

| | |
|---|---|
| **From:** | Land Trust <judyltmcp@aol.com> |
| **Sent:** | Friday, August 19, 2016 4:48 PM |
| **To:** | jcrosby@gbrtrust.org; Calderon, Elizabeth L; Babich, Adam; croemer@bellsouth.net; rludwiszewski@gibsondunn.com; cyn@healthygulf.org |
| **Subject:** | Hwy 603 1st Semi-Annual Maintenance Event |
| **Attachments:** | 08.06.16 Hwy 603 4th Quarterly Maintenance Report.pdf; LTMCP Inv. 081916-603.pdf |

Attached is the 1st Semi-Annual Maintenance Event report. As per the Restoration Account Procedures, I am submitting the attached Land Trust invoice for your review and approval for payment.

Please advise if you have any questions or objections to payment of the invoice.


Judy Steckler
Executive Director
Land Trust for the Mississippi Coastal Plain
955-A Howard Ave.
PO Box 245
Biloxi, MS 39533
228-435-9191
*228-435-5749 fax*
www.ltmcp.org

*Conserving, Protecting, and Promoting Coastal Habitats to Leave a Legacy for Future Generations!*

Pl . Rebuttal
**EXHIBIT A**

1

Land Trust for the MS Coastal Plain

PO Box 245
Biloxi, MS 39533

# Invoice

| Date | Invoice # |
|---|---|
| 8/19/2016 | 081916-603 |

**Bill To**

Ray Ludwiszewski
Hancock County Land LLC
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | 1st Semi-Annual Maintenance Event at 603 Dedication Parcel | 7,875.00 | 7,875.00 |
|  | Administrative Fee | 22.00% | 1,732.50 |

| Phone # | Fax # | E-mail | Web Site | Total |
|---|---|---|---|---|
| (228)435-9191 | (228)435-5749 | judyltmcp@aol.com | www.ltmcp.org | $9,607.50 |

# Calderon, Elizabeth L

| | |
|---|---|
| **From:** | Land Trust <judyltmcp@aol.com> |
| **Sent:** | Friday, August 19, 2016 4:48 PM |
| **To:** | jcrosby@gbrtrust.org; Calderon, Elizabeth L; Babich, Adam; croemer@bellsouth.net; rludwiszewski@gibsondunn.com; cyn@healthygulf.org |
| **Subject:** | Hwy 603 Year 2 2nd Semi Annual Qualitative Monitoring Report |
| **Attachments:** | 201608_603 2ndSemiAnnQualMon_final-Complete.pdf; LTMCP Inv. 081916-604.pdf |

Attached is the Year 2 - 2nd Semi-Annual Qualitative Monitoring Report Report.  As per the Restoration Account Procedures, I am submitting the attached Land Trust invoice for your review and approval for payment.

Please advise if you have any questions or objections to payment of the invoice.

Judy Steckler
Executive Director
Land Trust for the Mississippi Coastal Plain
955-A Howard Ave.
PO Box 245
Biloxi, MS 39533
228-435-9191
*228-435-5749 fax*
www.ltmcp.org

*Conserving, Protecting, and Promoting Coastal Habitats to Leave a Legacy for Future Generations!*

Land Trust for the MS Coastal Plain

PO Box 245
Biloxi, MS 39533

# Invoice

| Date | Invoice # |
|---|---|
| 8/19/2016 | 081916-604 |

| Bill To |
|---|
| Ray Ludwiszewski<br>Hancock County Land LLC<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5306 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Year 2 2nd Semi-Annual Qualitative Monitoring | 3,375.00 | 3,375.00 |
|  | Administrative Fee | 22.00% | 742.50 |

**Total** $4,117.50

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (228)435-9191 | (228)435-5749 | judyltmcp@aol.com | www.ltmcp.org |