**Calderon, Elizabeth L**

| | |
|---|---|
| **From:** | Land Trust <judyltmcp@aol.com> |
| **Sent:** | Thursday, July 07, 2016 8:58 AM |
| **To:** | Calderon, Elizabeth L; jcrosby@crosbylegal.com; croemer@bellsouth.net; Babich, Adam; cyn@healthygulf.org; RLudwiszewski@gibsondunn.com |
| **Subject:** | Hwy 603 |
| **Attachments:** | LTMCP Invoice 7.5.16.pdf |

As per the Restoration Account Procedures, I am submitting the attached Land Trust invoice for your review and approval for payment.

Please advise if you have any questions or objections to payment of the invoice.


Judy Steckler
Executive Director
Land Trust for the Mississippi Coastal Plain
955-A Howard Ave.
PO Box 245
Biloxi, MS 39533
228-435-9191
*228-435-5749 fax*
www.ltmcp.org

*Conserving, Protecting, and Promoting Coastal Habitats to Leave a Legacy for Future Generations!*

Pl . Rebuttal
# EXHIBIT B

1

# Invoice

**Land Trust for the MS Coastal Plain**

PO Box 245
Biloxi, MS 39533

| Date | Invoice # |
|---|---|
| 7/5/2016 | 603-050516 |

**Bill To**

Ray Ludwiszewski
Hancock County Land LLC
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | 5.5.16 Reimburse contractor for conducting field site visit with project stakeholders to review restoration progress | 543.06 | 543.06 |
| 1 | LTMCP attending field site visit 4.5 hrs | 562.50 | 562.50 |
| 1 | Mileage for LTMCP attending field site visit | 21.60 | 21.60 |

**Total** $1,127.16

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (228)435-9191 | (228)435-5749 | judyltmcp@aol.com | www.ltmcp.org |