

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:08-CV-00186-LG-RHW |
| ) | |
| HANCOCK COUNTY DEVELOPMENT, ) | |
| L.L.C., ) | |
| ) | |
| Defendant. ) | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the agreement of the parties to terminate the Consent Judgment and dismiss with prejudice the claims of Plaintiff, Gulf Restoration Network, against Defendant, Hancock County Land, L.L.C., formerly known as Hancock County Development, L.L.C., with each party to bear its respective attorneys' fees, expenses, and costs of this settlement subject to the relevant provisions of the Consent Judgment [Dkt. No. 145]. It is, therefore,

ORDERED AND ADJUDGED that this matter, including the claims of Plaintiff, Gulf Restoration Network, against Hancock County Development, L.L.C., be and is hereby, dismissed with prejudice and each party shall bear its respective attorneys' fees, expenses, and costs of this settlement subject to the relevant provisions of the Consent Judgment [Dkt. No. 145]. It is further,

ORDERED AND ADJUDGED that such dismissal shall be effective one (1) week after the date of this order. It is further,

ORDERED AND ADJUDGED that the Consent Judgment entered in the record of this cause on August 23, 2011 [Dkt. No. 145] be and is hereby terminated in its entirety. It is further,

173155.1

ORDERED AND ADJUDGED that notwithstanding any other provision(s), this Court shall maintain jurisdiction over this matter for the purpose of implementing and enforcing the terms of the parties' Settlement Agreement, which is attached hereto and incorporated by reference as if set out in full herein.

SO ORDERED this 3 rd day of Feb., 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AS TO FORM AND CONTENT:

/s/ Mark Alexander, Jr.
_____

R. Mark Alexander, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
malexander@balch.com
**Attorneys for Defendant**

/s/ Elizabeth Livingston de Calderon
_____

Elizabeth Livingston de Calderon
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA 70118
Telephone: (504) 862-8819
Facsimile: (504) 862-8721
E-mail: ecaldero@tulane.edu
**Attorneys for Plaintiff**